**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ROOR INTERNATIONAL BV AND SREAM, INC. <br>     Plaintiffs <br><br> v. <br><br> STINKY'S SMOKE SHOP, LLC AND ANDREW WHITELEY <br>     Defendants | § § § § § § § § § § | Civil Action No. 4:18-cv-735 |

**DEFENDANTS'S NOTICE OF DEPOSITION
OF CORPORATE REPRESENTATIVE OF SREAM, INC.**

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

**Name:**　　　　**SREAM, INC., Corporate Representative**

**Date & Time:**　　**Tuesday, October 8, 2019,** beginning at **9:30 a.m. (C.S.T.)**

**Place:**　　　　**The Hunnicutt Law Firm, 17330 Preston Road, Dallas, TX 75252**

Upon oral examination before a Court Reporter at the above referenced address, a Notary Public, or officer authorized by law to take depositions in the State of Texas. The oral examination will continue from hour to hour and day to day until completed. The depositions are being taken for the purpose of discovery, for use at trial, or for such other purposes, as are permitted under the applicable and governing rules.

**The person designated by Sream, Inc. with knowledge regarding:**

1. All factual allegations contained in each and every pleading filed by Sream in this case.

2. The factual allegations in all motions filed by SREAM in this case.

3. The intellectual property rights as alleged by SREAM in this case.

4. The alleged damages suffered by SREAM in this case.

5. The manufacturing of SREAM'S products.

6. The distribution of SREAM'S products.

7. The bases for SREAM'S denials of any request for admissions.

8. The qualified responses to any of SREAM'S admissions.

Dated: September 27, 2019

Respectfully submitted,

 /s/ *J. Stephen Hunnicutt*
J. Stephen Hunnicutt
State Bar No. 10279510
Steve@Hunnicuttlaw.com
Anthony C. Waddell
State Bar No. 24042105
Anthony@Hunnicuttlaw.com
Preston Trail Atrium
17330 Preston Road, Suite 100-A
Dallas, Texas 75252
Phone: (214) 361-6740
Facsimile: (214) 691-5099
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 27th day of September 2019, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ *J. Stephen Hunnicutt*
J. Stephen Hunnicutt

## SERVICE LIST

Andrew K. Jacoby
Texas Bar #24065488
Scott, Vicknair, Hair, & Checki, LLC
909 Poydras Street, Suite 1100
New Orleans, Louisiana 70112
Phone: (504) 684-5200
Fax: (504) 613-6351
jacoby@svhclaw.com
*Attorney for the Plaintiffs*