IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ROOR INTERNATIONAL BV AND
SREAM, INC.
    *Plaintiffs,*

v.

CIVIL ACTION NO. 4:18-CV-000735

STINKY'S SMOKE SHOP, LLC AND
ANDREW WHITELEY
    *Defendants.*

## REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Defendants, Stinky's Smoke Shop, LLC ("**Stinky's**") and Andrew Whiteley ("**Whiteley**") (collectively, "**Defendants**") through the undersigned attorney, and, to the extent necessary, files this Reply to Plaintiff's Response to Defendants' Motion for Attorney Fees, and in support thereof would respectfully show as follows:

Having been called out on their predatory and excessively litigious behavior, Plaintiffs have again insisted that Defendants' actions through filing a counterclaim is what has made this case exceptional, rather than address their excessively frivolous litigation tactics focused on bankrupting opposing sides into submission instead of prevailing on the merits, which Plaintiffs have failed to do outside of obtaining default judgments in their hundreds of cases.

Plaintiffs now assert that by filing a reasonable counterclaim, Defendants and their counsel are acting in bad faith. Dkt. 204 at 2. Defendants would note that it is curious that filing a counterclaim is apparently bad-faith litigation tactics to the Plaintiffs, whereas deliberately misleading and omitting relevant information, ignoring Court orders, and failing to comply with

deadlines to the detriment of Defendants each time, is somehow not "bad faith". Plaintiffs and their counsel have also now asserted that the "exceptional nature" of this case was caused "due to the Defendants' approach of raising this case to another level with allegations of fraud and criminal conduct", as if Plaintiffs did not first file multiple motions asserting that Defendants and their counsel were engaged in an active ongoing criminal enterprise and committing fraud upon this Court.

Finally, Plaintiffs claim they are "honest manufacturers", as if they do not use default judgments and settlements as an alternative income stream and knowingly sell products bearing the marks first registered as a marijuana lifestyle brand in Europe. As Plaintiffs stated in their Response to Defendants' Post-Trial Brief, "an applicant can obtain a U.S. registration by relying on a foreign registration for the same mark." Dkt. 202 at 13. Plaintiffs' claims throughout this entire litigation have been that there is a difference between the trademarks, intended use, and advertising, and sales channels. Now Plaintiffs admit that the European RooR mark is the basis for their United States trademarks, which Plaintiffs themselves have distinguished as being intended for and catering to the European marijuana market yet fail to explain how knowingly obtaining a trademark for a drug lifestyle brand by misrepresenting their products does not constitute fraud on the United States Patent and Trademark Office.

Plaintiffs ask this Court to assume both that the trademark is valid because it was obtained from a foreign trademark and yet wholly distinguish said marks when they are clearly indistinguishable in form, substance, and intended purpose. This Court should not do so.

Finally, Plaintiffs have presented no evidence in fact or law as to why a counterclaim would be considered "exceptional", nor how a settlement offer for less than half of the amount in controversy would or should be considered extortion. *See* Bench Trial Transcript 3.9.2021, page

REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES

93, lines 1-2 (asking the Court to entertain $75,000 per occurrence for a total request of $1.2 million). Defendants have presented clear and convincing evidence entitling them to judgment in their favor on all claims and counterclaims in this matter and are satisfied to rest on the record at hand.

This case lasted far too long and cost the Defendants far too much money. The Plaintiffs filed a lawsuit that had no merit from the beginning and only got worse with age. The Defendants defeated five of Plaintiffs' six claims prior to trial. The Defendants are the prevailing parties and should be awarded all of their attorney fees and costs.

**WHEREFORE, PREMISES CONSIDERED**, Defendants pray this Honorable Court enter judgment in favor of Defendants on Plaintiff's remaining claim for false designation of origin as well as judgment in favor of Defendants on each of their counterclaims, impose sanctions on Plaintiffs and their counsel, order Plaintiffs and their Counsel to enter an apology into the Court record for baselessly and slanderously accusing Defendants and their counsel of illegal actions, and award Defendants their attorney fees and costs. Defendants further pray for all other relief, whether in law or in equity, which this Honorable Court deems just.

Dated April 28, 2021                    Respectfully submitted,

**THE HUNNICUTT LAW FIRM**

J. Stephen Hunnicutt
Lead Attorney
State Bar No. 10279510
Steve@HunnicuttLaw.com
Admin@HunnicuttLaw.com
Timothy A. Robinson
Texas State Bar No. 24064040
Illinois State Bar No. 6324565
Tim@HunnicuttLaw.com
Christian T. Johnson
State Bar No. 24116576

REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES

Christian@HunnicuttLaw.com
Kaedan Watts
State Bar No. 24113459
Kaedan@HunnicuttLaw.com
Phone: (214) 361-6740
Facsimile: (214) 691-5099
17330 Preston Rd, Suite 100-A
Dallas, Texas 75252
**ATTORNEYS FOR DEFENDANTS STINKY'S SMOKE SHOP, LLC AND ANDREW WHITELEY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was electronically filed this 28th day of April 2021 with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

Peter Ticktin
(Florida Bar # 887935) admitted pro hac vice
Jamie Alan Sasson
(Florida Bar #100802) admitted pro hac vice
Chezare Palacios
The Ticktin Law Group, PLLC
270 SW Natura Ave
Deerfield Beach, Florida 33441
jsasson@legalbrains.com
Cpalacios@legalbrains.com

Elahi Law & Mediation Firm, PLLC
Shayan Elahi
13601 Preston Road, Ste. 770E Dallas, TX 75240
Phone: 214-624-5146
Fax: 214-602-8911
shayan@elahilawfirm.com
*Counsel for Plaintiffs*
Admitted in Florida & Texas

J. Stephen Hunnicutt

REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES