THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROOR INTERNATIONAL BV AND SREAM, INC.<br>**Plaintiffs**<br><br>v.<br><br>STINKY'S SMOKE SHOP, LLC AND ANDREW WHITELEY<br>**Defendants** | § § § § § § § § § § | Civil Action No. 4:18-cv-735 |

### DEFENDANTS' SUPPLEMENTAL BRIEF ON DEFENDANT'S MOTION FOR RULE 11 SANCTIONS PURSUANT TO THE COURT'S MEMORANDOM OPINION AND ORDER

On November 24, 2021, this Court entered a Memorandum Opinion and Order on Defendant's Motion for Rule 11 Sanctions. In that Order the Court granted in part and denied in part Defendant's Motion for Sanctions and requested additional briefing setting forth the amount of fees and costs incurred in filing the Response to Plaintiff's Motion for Rule 11 Sanctions pertaining to the Affirmative Defenses of Invalidity and Unclean Hands and to the Counterclaim. ("Plaintiff's Motion") The information requested by the Court is set forth below.

In order to present the claim for sanctions to the Court, Stinky's and Mr. Whiteley had to file a separate Motion for Sanctions rather than just rely upon the Response to the Plaintiff's Motion as Plaintiff's counsel withdrew their Motion on the second day of trial. Stinky's and Mr. Whiteley's Response to Plaintiff's Motion was already on file but could not be heard that day as a result of Plaintiff's withdrawal.

Plaintiff's Motion contained abusive language and lacked merit. (See Court's Memorandum Opinion and Order Page 5) Rule 11(b)(1) specifically sets forth that when counsel files a written Motion he is certifying that "it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation." Clearly Plaintiff's counsel's intent by filing the Plaintiff's Motion, particularly less than one month from trial, was in direct violation of Rule 11 as the Court noted Plaintiff's Motion was filed during a time close to trial and was withdrawn on the second day of trial.

Plaintiff's counsel filed two Motions for Sanctions with the last one more inflammatory and more unfounded than the one before including seeking sanctions for filing a counterclaim and for failure to add a party the Plaintiffs did not disclose. On the other hand, Defendant's Motion was designed and directed in the manner such a Motion should be used- "to deter repetition of the conduct or comparable conduct by others similarly situated." Rule 11(c)(4)

DEFENDANTS' MOTION FOR RULE 11 SANCTIONS

Similar to the <u>Johnson</u> factors, a Court should consider the results of the two Plaintiff's Motions for Sanctions, all denied, and the result of the Defendants Motion for Sanctions which was granted. The Defendant's Motion for Sanctions, which was filed after trial, was required in order to bring this matter before the Court. The facts and the work required to file the Response to Plaintiff's Motion and the drafting and filing of Defendant's Motion are intertwined but important to the resolution of this matter.

The following chart shows the time spent by each person in regard to the Response to Plaintiff's Motion as well as the amount of time spent by that person total for those days in which he/she worked on the Response. For example, Christian Johnson's time on the Response is 13.25 hours and his total time is 21.50 hours. This is not an indication of the total time spent by Mr. Johnson during the billing cycle but only on days in which he was also working on the Response to Plaintiff's Motion ("RMFS"). As this chart shows the total amount of time spent on the Response to Plaintiff's Motion, including time preparing to argue the Motion at trial, was 23.25 hours. The total hourly billed amount for such time is $6,000. (See Exhibit 1 attached hereto showing the redacted previously filed invoices for February and March 2021.)

**Pre-Trial:** (February 19, 2021 – March 9, 2021)

| Person: | RMFS: | Total Time: | Rate: | Rate x RMFS: |
| --- | --- | --- | --- | --- |
| CJ | 13.25 | 23.25 | $250/hour | $3,312.50 |
| KW | 4.50 | 9.75 | $250/hour | $1,125.00 |
| TR | 1.00 | 1.00 | $300/hour | $300.00 |
| SH | 4.00 | 15.25 | $300/hour | $1,200.00 |
| CB | 0.50 | 0.50 | $125/hour | $62.50 |
| **TOTAL:** | **23.25** | **60.25** | - | **$6,000.00** |

Additionally, the Defendant's prepared and filed a Motion for Sanctions after the trial as requested by the Court and replied to the Plaintiff's Response to such Motion. That time is set forth below.

**Post-Trial:** (March 10, 2021 – March 26, 2021)

| Person: | RMFS: | Total Time: | Rate: | Rate x RMFS: |
| --- | --- | --- | --- | --- |
| CJ | 16.50 | 16.50 | $250/hour | $4,125.00 |
| KW | 2.00 | 2.00 | $250/hour | $500.00 |
| TR | 0.50 | 0.50 | $300/hour | $150.00 |
| SH | 4.25 | 4.75 | $300/hour | $1,275.00 |
| CB | 1.00 | 1.00 | $125/hour | $125.00 |
| RC | 0.50 | 0.50 | $150/hour | $75.00 |
| **TOTAL:** | **24.75** | **25.25** | - | **$6,250.00** |

To assist the Court in its review of the above referenced entries, Exhibit 1, which has already been filed with the Court as part of the attorney's fee application, have highlighted entries for work performed on the Response to Plaintiff's Motion as well as work performed on Defendant's Motion for Sanctions. Further, a spreadsheet showing time for February and March

DEFENDANTS' MOTION FOR RULE 11 SANCTIONS

2021 is attached as Exhibit 2. This spreadsheet also has been highlighted to show the time expended due to Plaintiff's Motion. This spreadsheet contains the same information as Exhibit 1 but in a different format.

Attached hereto as Exhibit 3 is a spreadsheet showing time expended on this Sanctions issue since the Court's Memorandum Opinion and Order. The highlighted entries are for the Sanctions issue only. This amount, after segregation, totals $1,650.00.

WHEREFORE, the Defendant's as well as the undersigned counsel respectfully request the Court grant monetary Sanctions, and other sanctions, as appropriate for the defense of Plaintiff's Motion as well as for presenting the Defendants' Motion to the Court and for this post trial briefing in the amount of $13,900.00 or such other amount as the Court determines to be fair, just, and reasonable.

Dated December 8, 2021                                  Respectfully submitted,

                                                        THE HUNNICUTT LAW FIRM

                                                        J. Stephen Hunnicutt
                                                        Lead Attorney
                                                        State Bar No. 10279510
                                                        Steve@HunnicuttLaw.com
                                                        Admin@HunnicuttLaw.com
                                                        Tim Robinson
                                                        Texas State Bar No. 24064040
                                                        Illinois State Bar No. 6324565
                                                        Tim@HunnicuttLaw.com
                                                        Phone: (214) 361-6740
                                                        Facsimile: (214) 691-5099
                                                        17330 Preston Rd, Suite 100-A
                                                        Dallas, Texas 75252
                                                        **ATTORNEYS FOR DEFENDANTS
                                                        STINKY'S SMOKE SHOP, LLC AND
                                                        ANDREW WHITELEY**

DEFENDANTS' MOTION FOR RULE 11 SANCTIONS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this instrument was sent to the following

through email on December 8, 2021.


Peter Ticktin
(Florida Bar # 887935) admitted pro hac vice
Jamie Alan Sasson
(Florida Bar #100802) admitted pro hac vice
Chezare Palacios
The Ticktin Law Group, PLLC
270 SW Natura Ave
Deerfield Beach, Florida 33441
jsasson@legalbrains.com
Cpalacios@legalbrains.com

Elahi Law & Mediation Firm, PLLC
Shayan Elahi
13601 Preston Road, Ste. 770E Dallas, TX 75240
Phone: 214-624-5146
Fax: 214-602-8911
shayan@elahilawfirm.com
*Counsel for Plaintiffs*
Admitted in Florida & Texas

J. Stephen Hunnicutt

DEFENDANTS' MOTION FOR RULE 11 SANCTIONS