## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

**ROOR INTERNATIONAL BV AND**
**SREAM, INC.**
    *Plaintiffs,*

**v.**

**STINKY'S SMOKE SHOP, LLC AND**
**ANDREW WHITELEY**
    *Defendants.*

**CIVIL ACTION NO. 4:18-CV-000735**

### FINAL JUDGMENT

This matter coming to be heard for Final Trial on the Merits on March 22, 2021, the Court having considered all evidence before it, testimony had, and arguments of counsel, and having entered its Findings of Fact and Conclusions of Law, hereby enters this its Final Judgment and so ORDERS:

IT IS ORDERED ADJUDGED AND DECREED that Plaintiffs' Count III is dismissed with prejudice. Having previously dismissed Plaintiffs' remaining Counts, all of Plaintiffs' claims have been dismissed with prejudice.

IT IS ORDERED ADJUDGED AND DECREED Defendants' Counterclaim is dismissed with prejudice.

The Court having granted in part and denying in part Defendants' Motion for Attorney Fees, IT IS ORDERED ADJUDGED AND DECREED that Stinky's Smoke Shop, LLC, Andrew Whiteley and The Hunnicutt Law Group, jointly and severally shall have a judgment against Sream, Inc., Roor International BV., and the Ticktin Law Group, jointly and severally in the amount of $_____ which shall accrue at 5% per annum interest from the date of this Judgment until paid.

The Court having granted in part and denying in part Defendants' Motion for Sanctions, IT IS ORDERED ADJUDGED AND DECREED that Stinky's Smoke Shop, LLC, Andrew Whiteley and The Hunnicutt Law Group, jointly and severally shall have a judgment against Sream, Inc., Roor International BV., and the Ticktin Law Group, jointly and severally in the amount of $_____ which shall accrue at 5% per annum interest from the date of this Judgment until paid.

IT IS ORDERED ADJUDGED AND DECREED that upon an unsuccessful appeal to the Fifth Circuit Court of Appeals, the appellant shall owe to the appellee $_____ in reasonable and necessary attorney fees.

IT IS ORDERED ADJUDGED AND DECREED that upon an unsuccessful appeal to the United States Supreme Court, the appellant shall owe to the appellee $_____ in reasonable and necessary attorney fees.

Should any party choose to appeal this Judgment, said party shall post a cash bond with the Clerk of the Court for the United States District Court Eastern District of Texas in the amount of $_____.

All relief not granted herein is denied.

This Judgment is final and appealable and disposes of all parties and all claims.

ENTERED this the _____ day of _____, 2021

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE