IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROOR INTERNATIONAL BV and SREAM, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:18-cv-735-KPJ |
| STINKY'S SMOKE SHOP, LLC *et al.*, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On March 8 and 9, 2021, this action came on for a bench trial before the Court. After the close of evidence, the Court considered the pleadings, testimony, and evidence and issued its Findings of Fact and Conclusions of Law on November 24, 2021. *See* Dkt. 209. In accordance with the Findings of Fact and Conclusions of Law, it is **ORDERED, ADJUDGED, AND DECREED** that:

1.  Plaintiff Sream, Inc.'s ("Plaintiff") Count III claim under 15 U.S.C. § 1125(a) is **DISMISSED WITH PREJUDICE**.

2.  Defendants Stinky's Smoke Shop, LLC and Andrew Whiteley's ("Defendants") counterclaim under 15 U.S.C. § 1119 is **DISMISSED WITH PREJUDICE**.

3.  The relief requested in the proposed final judgment (Dkt. 218) regarding the filing of a cash bond for an appeal and recovery of appellate attorney fees is not ripe and therefore, will be **DENIED WITHOUT PREJUDICE**.[1]

---

[1] Should any party choose to file an appeal, the other parties may file a motion requesting such relief pursuant to the Federal Rules of Appellate Procedure. *See* Fed. R. App. P. 7 ("In a civil case, the district court may require an appellant to file a bond or provide other security in any form and amount necessary to ensure payment of costs on appeal.").

**So ORDERED and SIGNED this 31st day of March, 2022.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE