**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

Case Number:  4:18-cv-735

SREAM, INC.,

     Plaintiff,

v.

STINKY'S SMOKE SHOP, LLC
and ANDREW WHITELEY

     Defendants/Counterclaimants,

v.

ROOR INTERNATIONAL, INC.,

     Counter/Defendant.

_____/

**SREAM AND ROOR INTERNATIONAL BV'S REPLY TO DEFENDANTS'
RESPONSE TO PLAINTIFFS' MOTIONS (DKTS. 229 & 230) (DKT 232)**

The Defendants/Counterclaimants, Stinky's Smoke Shop, LLC and Andrew Whitely (collectively referred to as Defendants), filed a Response to two motions filed by Sream Inc. ("Sream") and Roor International BV ("Roor") (Dkt. 232), a Response to Motion for Reconsideration Regarding Defendants' Attorney Fees Awarded Pursuant to this Court's Memorandum Opinion and Order (Dkt. 210) and 2) a Response Motion for the Court to Consider The Objections to the Court's Findings of Fact and Conclusions of Law Order Limited Objection to the Findings of Fact and Conclusions of Law on December 8, 2021 (Dkt. 215) and the Court's Opinion and Order on Motion for Attorneys' Fees (Dkt. 212) be considered a Motion Pursuant to Fed. R. Civ. P. 59(e).  The Plaintiffs' Sream and Roor hereby file their Reply to Stinky's Response,

and states:

**Timely Motions**

The first point which was raised by the Defendants is that the motions were untimely, as the Motion to consider the previously filed motions was not filed within 28 days.  This point is not appropriate, as the mislabeled motions were filed in a timely manner.

**Frivolous Counterclaim Merits**
**A Decision That the Counterclaim**
**Was Frivolous and Makes**
**Defense of the Counterclaim Exceptional**

Then the Defendants segway to the issue that the Plaintiffs are claiming that they are entitled to their attorneys' fees because the Counterclaim filed by the Defendants was frivolous. In that regard, in this Court's Findings of Fact and Conclusions of Law, after making the point that clear and convincing evidence was required, in Paragraph 32, this Court determined:

> Assuming Defendants' Counterclaim can be asserted against Roor and Sream, the Court concludes Defendants have not shown that Birzle, Roor, Republic Technologies, or Sream knowingly made any false representation of material fact, or any statement with the specific intent to deceive the USPTO, regarding registration of the Roor Trademarks.

In fact, there was zero evidence that any of the following; Sream, Birzle, Roor, or Republic Technologies ever made any fraudulent representations.

Yet, the Defendants threatened to proceed with their Counterclaim unless the Plaintiffs paid them $500,000, attempting to parley a frivolous, albeit a nasty and potentially damaging Counterclaim, against an innocent party, who was attempting to protect its trademark.

The maintaining of a frivolous claim must be sufficient to cause an otherwise non-exceptional case to be exceptional.  At the very least, the Counterclaim brought by the Defendants to invalidate the trademark, was exceptional, and based on it, the Plaintiffs should be awarded their

2

attorneys' fees.

**No Apportionment**

To determine the amount of Attorneys' Fees for the Defendants for having to defend the prosecution of Roor International RV, while that suit was pending, it was necessary to determine the amount of time which the Defendants' attorneys expended during that period of time, which was not also for the benefit of the prosecution of the claims by Sream.

This Court gave the Defendants an opportunity to apportion their time, and instead, the Defendants chose to offer formulae which were totally inappropriate, such as a pro rata rate.

In fact, the Defendants admitted to the near impossibility for it to give an apportionment, and rather than show an extremely low number, they opted to give no apportionment, at all. Hence the Defendants should not receive any more than the amount apportioned, which is $Zero.

Respectfully submitted,

 /s/ *Peter Ticktin* _____
Peter Ticktin, Esquire
Florida Bar No. 887953
Jamie Alan Sasson, Esquire
Florida Bar #100802
**THE TICKTIN LAW GROUP**
270 SW Natura Ave
Deerfield Beach, Florida 33441

**Elahi Law & Mediation Firm, PLLC**

_____
Shayan Elahi
13601 Preston Road, Ste.  770E
Dallas, TX 75240

3

Phone: 214-624-5146
Fax: 214-602-8911
shayan@elahilawfirm.com
*Counsel for Plaintiffs*
Admitted in Florida & Texas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed

February 8 2023, with the Clerk of Court using CM/ECF, which will send a notice of electronic

filing to all Parties listed on the Service List.

/s/ *Peter Ticktin*
Peter Ticktin

## SERVICE LIST

J.  Stephen Hunnicutt
Steve@HunnicuttLaw.com
James C.  Baker
James@Hunnicuttlaw.com
Kevin E.  Barnett
Kevin@Hunnicuttlaw.com
The Hunnicutt Law Firm
Preston Trail Atrium
17330 Preston Road, Suite 100-A
Dallas, Texas 75252
T: 214-361-6740
F: 214-691-5099
*Counsel for Defendants/Counterclaimants*

4